UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL S. GANDOLFO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 21-10325-ADB |
| | * | |
| CITY OF MEDFORD AND ITS POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

BURROUGHS, D.J.

In an order dated July 14, 2021, the Court directed *pro se plaintiff* Michael S. Gandolfo to file an amended complaint. [ECF No. 6]. The Court stated that failure to comply with the order within thirty-five (35) days would result in dismissal of the action. On July 16, 2021, the Clerk mailed a copy of this order to Gandolfo at the mailing address he had provided.

The time for complying with the Court's July 14, 2021 order has passed without any response from Gandolfo.[1]

Accordingly, this action is DISMISSED for failure to comply with the Court's order to file an amended complaint.

IT IS SO ORDERED.

  9/21/2021                                      /s/ Allison D. Burroughs
DATE                                           UNITED STATES DISTRICT JUDGE

---

[1] The copy of the July 14, 2021 that the Clerk mailed to Gandolfo was returned to the Clerk's office as undeliverable on August 3, 2021. [ECF No. 7]. Because Gandolfo did not provide an updated mailing address, service at his address of record is deemed sufficient. *See* L.R. 83.5.5(h) (D. Mass.).